IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JS IP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11cv424 |
| | ) | |
| v. | ) | |
| | ) | |
| LIV VENTURES, INC. And LIV HOLDINGS, LLC, | ) | **SHOW CAUSE ORDER** |
| | ) | |
| Defendants. | ) | |

The records of the court show that on December 14, 2011, a letter (#6) was sent to Bryce J. Maynard, attorney for Plaintiff JS IP, LLC, from the Clerk of the U. S. District Court, directing that within fifteen (15) days he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") and register for admission to practice in this court. See NEGenR 1.7(d) or (f) and NEGenR 1.3(a) and (b)(1), respectively.

Mr. Maynard was contacted by this chambers by email and fax on March 9, 2012 and April 4, 2012, and by personal phone call on April 16, 2012.

As of the date of this order, the attorney has not complied with the request set forth in the letter from the Office of the Clerk, or the request from this chambers.

**IT IS ORDERED**:

1. On or before **May 14, 2012**, Attorney Bryce J. Maynard is to register to practice in this court and for the ECF System or show cause by written affidavit why he cannot comply with the rules of the court.

2. Failure to comply may result in being stricken as an attorney of record and further notifications in this case will cease.

3. The Clerk is directed to mail a copy of this order to Mr. Maynard.

DATED: April 30, 2012.

                                                    BY THE COURT:

                                                    S/ F.A. Gossett, III
                                                    United States Magistrate Judge