IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JS IP, LLC, | ) )  ) |
| Plaintiff, | ) ) Civil Action No. 8:11-cv-00424 |
| v. | ) ) ) |
| LIV VENTURES, INC. and LIV HOLDINGS, LLC | ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel, hereby stipulate to the dismissal of this action in its entirety with prejudice, each party to bear its own costs and fees, including attorneys' fees.

Counsel for the Plaintiff has conferred with counsel for the Defendants who consent to Plaintiff's counsel filing this document using Defendants' counsel's electronic signature.

WHEREFORE, the parties respectfully request this Court to enter the attached Order dismissing this action in its entirety, with prejudice, each party to bear its own costs and fees.

Respectfully submitted,

Date: January 16, 2013

By: /s/ Monica L. Freeman
Todd W. Weidemann, No. 20505
Monica L. Freeman, No. 23638
Woods & Aitken LLP
10250 Regency Circle, Suite 525
Omaha, Nebraska 68114
Phone: (402) 898-7400
Facsimile: (402) 898-7401
tweidemann@woodsaitken.com
mfreeman@woodsaitken.com

*of Counsel:*
Bassam N. Ibrahim, Esq. (Pro Hac Vice)
S. Lloyd Smith, Esq. (Pro Hac Vice)
Buchanan Ingersoll & Rooney PC
1737 King Street
Alexandria, VA 22314

Attorneys for JS IP LLC

By: /s/ Kyle Wallor
Kyle Wallor, #21346
Sarah F. Macdissi, #24266
Lamson, Dugan and Murray, LLP
10306 Regency Parkway Drive
Omaha, NE 68114-3743

Attorneys for LIV Ventures Inc. and LIV Holdings, LLC

## CERTIFICATE OF SERVICE

It is hereby certified that on January 16, 2013, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send notification of such filing to the follow:

Kyle Wallor          kwallor@ldmlaw.com
Sarah F. Macdissi    smacdissi@ldmlaw.com

/s/ Monica L. Freeman
Monica L. Freeman